**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:23-CV-1931

GS HOLISTIC, LLC,

Plaintiff,

v.

GREEN PIECE, LLC d/b/a GREEN PIECE; and
ETHAN J. RAPPENNECKER,

Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT FEBRUARY 5, 2026, STATUS CONFERENCE**

---

Defendants Green Piece, LLC d/b/a Green Piece and Ethan J. Rappennecker, through undersigned counsel, submit their Unopposed Motion for Leave to Appear Remotely at February 5, 2026, Status Conference as follows:

**Certificate of Conferral**

Undersigned counsel conferred with counsel for Plaintiff regarding the relief requested herein. Plaintiff does not oppose this Motion.

**UNOPPOSED MOTION**

1. This matter is set for an in-person Status Conference on February 5, 2026, at 8:00 a.m. ("Status Conference").

2. Counsel for Defendants respectfully requests leave to appear remotely at the Status Conference, via WebEx or telephonically, at the Court's discretion. Counsel is

based in Boulder, Colorado, and remote appearance would avoid unnecessary travel, conserve Defendants' limited resources, and promote judicial economy.

3. Allowing undersigned counsel to attend the Status Conference remotely would not prejudice any party.

4. This Motion is not being sought for an improper purpose.

5. Plaintiff's counsel has consented to the relief requested.

6. Accordingly, undersigned counsel respectfully requests that he be permitted to attend the Hearing remotely.

WHEREFORE, Defendants Green Piece, LLC d/b/a Green Piece and Ethan J. Rappennecker respectfully request that the Court grant this Motion and enter an Order allowing undersigned counsel to appear remotely at the February 5, 2026, Status Conference, and for any other relief which this Court deems necessary and appropriate.

Respectfully submitted this 27th day of January, 2026.

**BELZER LAW**

*s/ Aaron B. Belzer*
Aaron B. Belzer
Ashlee N. Hoffmann
Kyle R. Hosmer
737 29th Street, Suite 100A
Boulder, CO 80303
Telephone: (720) 303-1504
Email: aaron@belzerlawfirm.com
ashlee@belzerlawfirm.com
kyle@belzerlawfirm.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27th, 2026, I caused a true and correct copy of the above and foregoing **UOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT FEBRUARY 5, 2026, STATUS CONFERENCE** to be e-filed with the Court via CM/ECF and served on all parties in interest who have entered their appearance and who are required to receive notice in this case.

**BELZER LAW**

*s/ Aaron B. Belzer*
Aaron B. Belzer